NO. 07-05-0330-CR
NO. 07-05-0331-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 31, 2005
_____

BRYAN JAMES NESBITT,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NOS. 46-558-A & 46-559-A; HON. HAL MINER, PRESIDING
_____

***Memorandum Opinion of Dismissal***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

On September 19, 2005, Bryan James Nesbitt filed with the district clerk a letter evincing his desire to appeal his two convictions. We treat it as a notice of appeal. *See Palma v. State,* 76 S.W.3d 638, 641 (Tex. App.–Corpus Christi 2002, pet. ref'd) (obligating us to treat as a notice of appeal most any document that evinces appellant's desire to appeal after conviction and sentencing). The convictions and sentences were imposed on May 21, 2004, however. Since more than a year lapsed between the two dates, it is

obvious that appellant's attempt to appeal is belated. TEX. R. APP. P. 26.2(a) & (b) (stating that one has either 30 or 90 days from the date sentence is imposed or suspended in open court to perfect an appeal). Consequently, we have no jurisdiction over the appeals.

The appeals are dismissed for want of jurisdiction.


Per Curiam


Do not publish.